UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Mark Allen McConnaughy,

    Plaintiff,

    v.

Belmont County, Ohio
Board of Commissioners,

    Defendant.

Case No. 2:21-cv-3928

Judge Michael H. Watson

Magistrate Judge Deavers

## OPINION AND ORDER

Magistrate Judge Deavers performed an initial screen of this *pro se* case, brought *in forma pauperis*, under 28 U.S.C. § 1915(e), and on August 2, 2021, she issued a Report and Recommendation ("R&R") recommending the Court dismiss Plaintiff's Complaint as frivolous. R&R, ECF No. 3. The R&R notified Plaintiff of his right to object to the recommendations therein and that failure to timely object would amount to a waiver of both the right to *de novo* review by the Undersigned as well as a right to appeal the Court's adoption of the R&R. *Id.* at 5–6.

Plaintiff failed to timely object to the R&R, and the Court therefore **ADOPTS** the same. Plaintiff's Complaint is **DISMISSED**. The Court further **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and that any request to appeal *in forma pauperis* would be denied. The Clerk shall enter judgment for Defendant and terminate this case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT